In re Amoco Chemical Company; Borden Inc.; Browning Ferris Inc.; Browning-Ferris Indust. Chem.; Copolymer Rubber & Chem. Co.; Ethyl Corporation; Georgia-Pacific Corporation; Gulf States Utilities Co.; Kaiser Aluminum & Chem. Corp.; Louisiana Paving Co. Inc.; Reichhold Chemicals Inc.; Stauffer Chemical Co.; T.L. James & Company; Transcontinental Gas Pipe Line; Triad Chemical; Union Carbide; Uniroyal Chemical Company Inc.;— Defendant(s); applying for writ of certiora-ri and/or review; to the Court of Appeal, First Circuit, Nos. CW89 0451 consolidated through CA89 0464, from the 21st Judicial District Court, Parish of Livingston, Nos. 50,212, consolidated with 50,260; 50,311; 50,375; 50,761; 51,404; 53,244; 53,298; 53,340; 54,407; 54,684; 54,854; 55,773; and 55,994.
Prior report: La.App., 563 So.2d 394.
Denied. The result is correct.